STEVEN H. FRANKEL (State Bar No. 171919)
MICHAEL BARNES (State Bar No. 121314)
BONNIE LAU (State Bar No. 246188)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 882-5000
Facsimile:    (415) 882-0300
E-Mail:        sfrankel@sonnenschein.com
                   mbarnes@sonnenschein.com
                   blau@sonnenschein.com

Attorneys for Defendant
AVIVA LIFE AND ANNUITY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ERNEST P. SANCHEZ, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>vs.<br><br>AVIVA LIFE AND ANNUITY COMPANY, a foreign entity of unknown origin; LOOMIS WEALTH SOLUTIONS, INC., an Illinois corporation; LAWRENCE LELAND LOOMIS, an individual; NARAS SECURED FUND #2, LLC, a Delaware limited liability company; LISMAR FINANCIAL SERVICES LLC, a Delaware limited liability company; NATIONWIDE LENDING GROUP, an entity of unknown origin; and DOES 1 through 1000, inclusive,<br><br>          Defendants. | Case No. 2:09-cv-1454-FCD-DAD<br><br>ORDER GRANTING DEFENDANT AVIVA LIFE AND ANNUITY COMPANY'S APPLICATION FOR LEAVE TO FILE SURREPLY MEMORANDUM IN OPPOSITION TO MOTION FOR REMAND<br><br>Hon. Frank C. Damrell Jr. |

1  Having considered defendant Aviva Life and Annuity Company's ("Aviva")
2  application for leave to file surreply memorandum in opposition to plaintiff's motion for
3  remand, and good cause appearing, the Court GRANTS the application. Aviva's surreply
4  memorandum, which is Docket No. 32, is hereby accepted for filing.
5  IT IS SO ORDERED.

7  Dated: July 8, 2009
   _____
8  FRANK C. DAMRELL, JR.
   UNITED STATES DISTRICT JUDGE