1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ERNEST P. SANCHEZ, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>v.<br><br>AVIVA LIFE AND ANNUITY COMPANY, a foreign entity of unknown origin; LOOMIS WEALTH SOLUTIONS, INC., an Illinois corporation; LAWRENCE LELAND LOOMIS, an individual; NARAS SECURED FUND #2, LLC, a Delaware limited liability company; LISMAR FINANCIAL SERVICES LLC, a Delaware limited liability company; NATIONWIDE LENDING GROUP, an entity of unknown origin; and DOES 1 through 1000, inclusive,<br><br>         Defendants. | Case No. 2:09-CV-01454-FCD-DAD<br><br>ORDER TO CONTINUE DATE OF JOINT STATUS REPORT |

**<u>ORDER</u>**

Good cause appearing for parties' Stipulation:

The Joint Status Report currently due on July 24, 2009, will now be due 30 days after the ruling on Defendant Aviva's Motion to Dismiss.

Dated: July 21, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

MAJORS & FOX LLP
Pacific Western Bank Bldg.
401 West "A" St., Ste. 2350
San Diego, CA 92101
Telephone: (619) 234-1000
Facsimile: (619) 234-1011

- 2 -

Order to Continue Date of Joint Status Report                2:09-CV-01454-FCD-DAD