UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST P. SANCHEZ, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AVIVA LIFE AND ANNUITY COMPANY, a foreign entity of unknown origin; LOOMIS WEALTH SOLUTIONS, INC., an Illinois corporation; LAWRENCE LELAND LOOMIS, an individual; <u>et al.,</u><br><br>　　　　Defendants.<br>_____/ | No. CIV. S-09-1454 FCD DAD<br><br><br><br>**ORDER OF NON-RELATED CASES** |
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LAWRENCE "LEE" LOOMIS, LOOMIS WEALTH SOLUTIONS, LLC., JOHN HAGENER, and LISMAR FINANCIAL SERVICES, LLC.,<br><br>　　　　Defendants.<br>_____/ | No. CIV. S-10-0458 MCE KJN |

　　　　The undersigned judge declines to relate the above-captioned cases pursuant to Local Rule 123(a). Assignment of the matters to the same judge is not likely to effect a substantial savings of judicial effort or other economies. These actions involve the same or similar defendants, but the actions involve events specific to each party, the questions of fact are

different, the questions of law are not novel, it is not clear that the same result should follow in these actions, and assignment to different judges would not entail substantial duplication of labor.

Therefore, CIV. S-10-0458 MCE KJN shall not be reassigned to the undersigned judge.

**IT IS SO ORDERED.**

DATED: August 25, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE