UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

ERNEST P. SANCHEZ, individually and on behalf of all others similarly situated,

        Plaintiff,

   v.

AVIVA LIFE AND ANNUITY COMPANY, a foreign entity of unknown origin; LOOMIS WEALTH SOLUTIONS, INC., an Illinois corporation; LAWRENCE LELAND LOOMIS, an individual; et al.,

        Defendants.

NO. CIV. S-09-1454 FCD/DAD

MEMORANDUM AND ORDER

----oo0oo----

This matter is before the court on plaintiff Ernest P. Sanchez' ("plaintiff") motion to dismiss the class allegations, alleging defendants misrepresented and sold sham investments to plaintiff and others similarly situated.[1]  Plaintiff moves to dismiss, pursuant to Federal Rule of Civil Procedure 41(a)(2), on

---

[1] Because oral argument will not be of material assistance, the court orders this matter submitted on the briefs. E.D. Cal. L.R. 230(g).

1

1 the ground that information learned during the course of
2 discovery has made class treatment of plaintiff's claims
3 inappropriate.  Rule 41(a)(2) permits a plaintiff to voluntarily
4 dismiss an action upon receipt of court approval.  Defendants
5 filed a statement of non-opposition to the motion (Docket #110).
6      As such, the court HEREBY grants plaintiff's motion to
7 dismiss all class allegations from the second amended complaint
8 (Docket #102).  This action shall proceed against defendants only
9 with respect to plaintiff's individual claims.
10      IT IS SO ORDERED.
11  DATED: September 28, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2