UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ERNEST P. SANCHEZ, individually,<br><br>       Plaintiff,<br><br>vs.<br><br>AVIVA LIFE AND ANNUITY COMPANY, a foreign entity of unknown origin; LOOMIS WEALTH SOLUTIONS, INC., an Illinois corporation; LAWRENCE LELAND LOOMIS, an individual; NARAS SECURED FUND #2, LLC, a Delaware limited liability company; LISMAR FINANCIAL SERVICES LLC, a Delaware limited liability company; NATIONWIDE LENDING GROUP, an entity of unknown origin; and DOES 1 through 1000, inclusive,<br><br>       Defendants. | Case No. 2:09-cv-1454-KJM-DAD<br><br>ORDER GRANTING DEFENDANT AVIVA LIFE AND ANNUITY COMPANY'S *EX PARTE* APPLICATION FOR AN ORDER SPECIALLY SCHEDULING HEARING ON AVIVA'S MOTIONS, OR ALTERNATIVELY, TO EXTEND DISPOSITIVE MOTION DEADLINE<br><br>Date:    TBD<br>Time:    TBD<br>Place:   Courtroom 3, 15th Floor<br>Before:  Hon. Kimberly J. Mueller |

Presently before the Court is Defendant Aviva Life and Annuity Company's ("Aviva") *Ex Parte* Application for an Order Specially Scheduling Hearing on Aviva's Motions, or Alternatively, to Extend Dispositive Motion Deadline. Good cause appearing therefor, Aviva's *Ex Parte* Application should be, and hereby is, GRANTED.

THE COURT HEREBY FINDS that good cause exists to extend the Scheduling Order's existing July 8, 2011 deadline to hear dispositive motions. IT IS THEREFORE ORDERED that the deadline to hear dispositive motions shall be extended to July 13, 2011, and Aviva's motions shall be scheduled for hearing on July 13, 2011 at 10:00 a.m.

IT IS SO ORDERED.

Dated: June 15, 2011.

_____
UNITED STATES DISTRICT JUDGE