IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST P. SANCHEZ,

      Plaintiff,                                 Civ. No. S-09-1454 KJM DAD

      vs.

AVIVA LIFE AND ANNUITY
COMPANY, et al.,                               ORDER

      Defendants.

/

      The court has considered defendant Aviva Life's request to seal Exhibits A-I to the declaration of Steven Frahm in support of its motion for summary judgment and rules as follows:

      1. The court cannot determine whether Exhibits C, E, F, H-1 through H-3[1] and I-1, I-17 and I-18 should be sealed, as the copies provided are illegible.

      2. The court does not find Aviva Life's explanation of the need to seal Exhibits B 1-15 and D adequate and denies the request as to these documents without prejudice.

      3. The court agrees that Exhibits A, B 16-28, G, and I 2-16 should be sealed and directs the Clerk to file these documents under seal.

      IT IS SO ORDERED.

DATED: June 17, 2011.

                                              UNITED STATES DISTRICT JUDGE

---

[1] In addition, there is unidentified handwriting on Exhibit H 1.

1