UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ERNEST P. SANCHEZ, individually,<br><br>Plaintiff,<br>v.<br><br>AVIVA LIFE AND ANNUITY COMPANY, a foreign entity of unknown origin; LOOMIS WEALTH SOLUTIONS, INC., an Illinois corporation; LAWRENCE LELAND LOOMIS, an individual; NARAS SECURED FUND #2, LLC, a Delaware limited liability company; LISMAR FINANCIAL SERVICES LLC, a Delaware limited liability company; NATIONWIDE LENDING GROUP, an entity of unknown origin; and DOES 1 through 1000, inclusive,<br><br>Defendants. | Case No. 2:09-CV-01454-KJM-DAD<br><br>ORDER REMANDING ACTION<br><br>Date Filed:  04/15/2009 |

Good cause appearing therefor, IT IS HEREBY ORDERED:

This matter shall be remanded to the Superior Court for the State of California, County of Sacramento, forthwith.

IT IS SO ORDERED.

DATED:  June 30, 2011.

_____
UNITED STATES DISTRICT JUDGE